422 A.2d 682

Commonwealth v. Biddy, Appellant.

Submitted December 8, 1978. Arthur J. King, Assistant Public Defender, Chief, Appeals Division,

for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.